IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**PEGGY A. BRAMMER,**

    **Plaintiff,**

**v.**

**METROPOLITAN LIFE INSURANCE COMPANY, and GENERAL ELECTRIC COMPANY,**

    **Defendants.**       Case No. 09-CV-14-DRH

## JUDGMENT IN A CIVIL CASE

    **DECISION BY COURT.**  This matter is before the court for the purpose of docket control.

    **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on August 3, 2010, this case is **DISMISSED** with prejudice. Each party shall bear their own costs.

    NANCY J. ROSENSTENGEL,
    **CLERK OF COURT**


    BY:    */s/Sandy Pannier*
            **Deputy Clerk**

Dated: October 13, 2010


APPROVED: /s/ *David R Herndon*
        CHIEF JUDGE
        U. S. DISTRICT COURT